**FILED**
April 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., TURKEY ON RYE MUSIC, and GET JET MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RIVER ROAD ICE HOUSE, L.L.C. and ROBERT KANE, <br><br> Defendants. | Civil Action No. 5:23-CV-00728 |

## FINAL JUDGMENT

Defendants, River Road Ice House, L.L.C. and Robert Kane ("Defendants") having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of Plaintiffs W Chappel Music Corp. d/b/a WC Music Corp., Turkey On Rye Music, and Get Jet Music, Inc. (collectively, "Plaintiffs") and affidavits demonstrating that Plaintiffs are entitled to an award of statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $60,000.00; injunctive relief, pursuant to 17 U.S.C. § 502, enjoining Defendants from performing at the establishment known as the Ice House, located at 1701 Hueco Springs Loop, New Braunfels, Texas 78132, or any other establishment owned, operated, managed, or controlled by Defendants, or any of them, any copyrighted musical composition owned by Plaintiffs, or any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the

American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so; and an award of their costs in the amount of $1,765.92 and attorneys' fees in the amount of $9,290.50, pursuant to 17 U.S.C. § 505 and the Court having considered the foregoing and rendered a decision.

It is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. JUDGMENT is hereby entered against Defendants, jointly and severally, on all claims in the Complaint.

2. Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, are permanently enjoined from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as the Ice House, located at 1701 Hueco Springs Loop, New Braunfels, Texas 78132, or any other establishment owned, operated, managed, or controlled by Defendants, or any of them, any copyrighted musical composition owned by Plaintiffs, or any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers, without first obtaining license from ASCAP or otherwise procuring proper authorization to do so;

3. Defendants shall pay statutory damages in the sum of $12,000.00 for each count of copyright infringement, for a total award of $60,000.00;

4. Defendants shall pay attorney's fees and costs in the total amount of $11,056.42; and

5. Defendants shall pay post judgment interest at the allowable rate permitted by 28 U.S.C. §1961.

Signed this _30_ day of ___April___ 2024.

_____
ORLANDO L. GARCIA
United States District Judge